IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-82-KAJ |
| v. | ) |
| | ) |
| ELSTER ELECTRICITY LLC, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Landis+Gyr Inc. and Elster Electricity LLC ("Elster"), that Elster shall have an extension to and including March 16, 2006, to answer, move, or otherwise plead in response to the Complaint.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Oleh Bilynsky* | */s/ Julia Heaney* |
| Rudolf E. Hutz (#484) | Julia Heaney (#3052) |
| N. Richard Powers (#494) | 1201 N. Market Street |
| Oleh Bilynsky (#3604) | Wilmington, DE 19899-1347 |
| 1007 North Orange Street | (302) 658-9200 |
| P.O. Box 2207 | jheaney@mnat.com |
| Wilmington, DE 19899-2207 | *Attorney for Defendant* |
| OBilynsky@cblh.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of March, 2006.

_____
United States District Judge