IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 06-82-KAJ ) ) |
| ELSTER ELECTRICITY LLC, | ) ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Landis+Gyr Inc. and Elster Electricity LLC ("Elster"), that Elster shall have an extension to and including March 23, 2006, to answer, move, or otherwise plead in response to the Complaint.

CONNOLLY BOVE LODGE & HUTZ LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Oleh Bilynsky
Rudolf E. Hutz (#484)
N. Richard Powers (#494)
Oleh Bilynsky (#3604)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
OBilynsky@cblh.com
*Attorneys for Plaintiff*

/s/ Julia Heaney
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorney for Defendant*

SO ORDERED this _____ day of March, 2006.

_____
United States District Judge