IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 06-82-KAJ |
| v. ) | |
| ) | |
| ELSTER ELECTRICITY LLC, ) | |
| ) | |
| Defendant. ) | |

### ELSTER ELECTRICTY LLC'S MOTION TO DISMISS

Elster Electricity LLC ("Elster") hereby moves to dismiss the Complaint filed by plaintiff Landis+Gyr Inc. ("Landis") on the following grounds: (1) the first-filed rule requires dismissal of Landis's later-filed declaratory judgment action in favor of Elster's first-filed Motion to Enforce the Settlement Agreement in C.A. No. 97-417-KAJ, or in the alternative, that Landis's declaratory judgment action be stayed pending resolution of Elster's Motion to Enforce or consolidated with that motion in such a manner that Elster remains the plaintiff; and (2) Fed. R. Civ. P. 12(b)(6) requires dismissal of Landis's breach of contract action for failure to state a claim. The grounds for this motion are more fully set forth in Elster's opening brief filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Julia Heaney

OF COUNSEL:

Steven J. Rocci
Steven B. Samuels
Vincent J. Roccia
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103

Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
*Attorneys for Defendant*

March 23, 2006

# **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on March 23, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

>Neal C. Belgam, Esquire
>Blank Rome LLP
>Chase Manhattan Centre
>1201 Market Street, Suite 800
>Wilmington, DE 19801

and I, the undersigned, also hereby certify that on March 23, 2006, I sent by Federal Express, the above-stated document to:

>Blair Jacobs, Esquire
>Sutherland Asbill & Brennan LLP
>1275 Pennsylvania Avenue, NW
>Washington, DC 20004

>/s/ Julia Heaney (#3052)
>Morris, Nichols, Arsht & Tunnell LLP
>1201 N. Market Street
>P.O. Box 1347
>Wilmington, DE 19899
>jheaney@mnat.com