IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-82-KAJ |
| | : | |
| ELSTER ELECTRICITY LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for Plaintiff to file its answering brief to Elster's Motion to Dismiss shall be extended to April 17, 2006.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP      CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Julia Heaney
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
 *Attorneys for Defendant*

/s/ Oleh V. Bilynsky
Rudolf E. Hutz (#484)
N. Richard Powers (#494)
Oleh V. Bilynsky (#3604)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
obilynsky@cblh.com
 *Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge