IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-82-KAJ |
| v. | ) |
| | ) |
| ELSTER ELECTRICITY LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME FOR FILING REPLY BRIEF**

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for defendant Elster Electricity LLC to file its reply brief in support of its Motion to Dismiss (D.I. 5) shall be extended to April 27, 2006.

CONNOLLY BOVE LODGE & HUTZ LLP         MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Oleh Bilynsky                                                    /s/ Julia Heaney
Rudolf E. Hutz (#484)                                         Julia Heaney (#3052)
N. Richard Powers (#494)                                  1201 N. Market Street
Oleh Bilynsky (#3604)                                        P.O. Box 1347
1007 North Orange Street                                  Wilmington, DE 19899-1347
P.O. Box 2207                                                      (302) 658-9200
Wilmington, DE 19899                                       jheaney@mnat.com
(302) 658-9141                                                    *Attorneys for Defendant*
obilynsky@cblh.com
 *Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge