IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 06-82-KAJ |
| v. | ) |
| | ) |
| ELSTER ELECTRICITY LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO EXTEND TIME**

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for defendant Elster Electricity LLC to answer, plead or otherwise respond to plaintiff's First Amended Complaint for Declaratory Judgment, Breach of Contract and Patent Infringement (D.I. 16) shall be extended by two days, to May 16, 2006.

CONNOLLY BOVE LODGE & HUTZ LLP          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Oleh Bilynsky                                              /s/ Julia Heaney
Rudolf E. Hutz (#484)                                      Julia Heaney (#3052)
N. Richard Powers (#494)                                1201 N. Market Street
Oleh Bilynsky (#3604)                                     P.O. Box 1347
1007 North Orange Street                                Wilmington, DE 19899-1347
P.O. Box 2207                                                  (302) 658-9200
Wilmington, DE 19899                                     jheaney@mnat.com
(302) 658-9141                                                 *Attorneys for Defendant*
obilynsky@cblh.com
 *Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge