IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-82-KAJ |
| | ) |
| ELSTER ELECTRICITY LLC, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this **3rd** day of **May, 2006**,

IT IS ORDERED that the Rule 16 scheduling teleconference presently set for **May 4, 2006 at 4:00 p.m.** is hereby rescheduled to **May 23, 2006 at 4:00 p.m.** Counsel for plaintiff shall initiate the call.

_____
UNITED STATES DISTRICT JUDGE