IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-82-KAJ |
| | : | |
| ELSTER ELECTRICITY LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Landis+Gyr Inc. ("Landis") and Elster Electricity LLC ("Elster") that Landis shall have an extension to and including June 12, 2006 to reply, move or otherwise respond to Elster's Answer and Counterclaim to Landis's First Amended Complaint.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ N. Richard Powers | /s/ Julia Heaney |
| Rudolf E. Hutz (#484) | Julia Heaney (#3052) |
| N. Richard Powers (#494) | 1201 N. Market Street |
| 1007 North Orange Street | P.O. Box 1347 |
| P.O. Box 2207 | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899-2207 | (302) 658-9200 |
| (302) 658-9141 | jheaney@mnat.com |
| obilynsky@cblh.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge