IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-82-KAJ ) |
| ELSTER ELECTRICITY LLC, | ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this **6th** day of **June, 2006**,

For the reasons set forth by the Court during the oral argument today,

IT IS HEREBY ORDERED that defendant's motion to dismiss (D.I. 5) is DENIED.

_____
UNITED STATES DISTRICT JUDGE