IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-82 (KAJ) |
| | ) | |
| ELSTER ELECTRICITY LLC, | ) | |
| Defendant. | ) | |

**SUBSTITUTION OF COUNSEL**

Pursuant to District of Delaware Local Rule 83.7, James D. Heisman of Connolly Bove Lodge & Hutz LLP, 1007 North Orange Street, P.O. Box 2207, Wilmington, DE 19899, hereby enters his appearance as counsel for plaintiff Landis+Gyr; and Oleh V. Bilynsky of Womble, Carlyle, Sandridge, & Rice PLLC, 222 Delaware Ave., 15th Floor, Wilmington, DE 19801, withdraws his appearance as counsel for plaintiff Landis+Gyr.

CONNOLLY BOVE LODGE & HUTZ LLP          WOMBLE CARLYLE SANDRIDGE
                                                                           & RICE PLLC

/s/ James D. Heisman                                       /s/ Oleh V. Bilynsky
James D. Heisman (Bar No. 2746)                  Oleh V. Bilynsky (Bar No. 3604)
1007 North Orange Street                               222 Delaware Avenue, 15th Floor
P.O. Box 2207                                                  Wilmington, DE 19801
Wilmington, DE 19899                                    (336) 721-3600
(302) 658-9141

                                                                         DATED: June 7, 2006
DATED: June 7, 2006

OF COUNSEL:

Steven D. Underwood
James M. Bollinger
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6000

Dated: June 7, 2006

**CERTIFICATE OF SERVICE**

      I, James D. Heisman hereby certify that on June 7, 2006, a true and correct copy of the foregoing document was caused to be served upon the following in the manner indicated below:

ECF will send an e-notice of the electronic filing
and via hand delivery to:

Julia Heaney
MORRIS NICHOLS ARSHT & TUNNELL LLP
1201 N. Market St.
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200


ECF will send an e-notice of the electronic filing to:

Steven J. Rocci
Steven B. Samuels
Vincent J. Roccia
WOODCOCK WASHBURN LLP
One Liberty Place, 46th Floor
Philadelphia, PA 19103
215-568-3100


/s/ James D. Heisman
James D. Heisman (#2746)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19801

469035_1