IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
|       Plaintiff, | : | |
| v. | : | C.A. No. 06-82-KAJ |
| ELSTER ELECTRICITY LLC, | : | |
|       Defendant. | : | |

### AMENDED MOTION FOR EXTENSIONS OF TIME

Plaintiff Landis+Gyr Inc. ("Landis") hereby moves to enter the following schedule for completing certain prescribed activities:

1. Extend the date for Landis to reply, move or otherwise respond to defendant Elster Elecricity LLC.'s ("Elster") Counterclaim from June 12, 2006 to July 12, 2006;

2. Extend the date for Rule 26 Initial Disclosures from June 14, 2006 to July 14, 2006;

3. Extend the date for submitting a protective order to the Court from June 15, 2006 to July 17, 2006;

4. Extend the date for Elster to file its Amended Answer from June 26, 2006 to July 26, 2006.

The remaining dates in the Scheduling Order would remain in place.

The reason for the motion is a follows. The undersigned counsel for Landis has been informed by Landis's trial counsel, Morgan, Lewis and Bockius, that the parties have agreed to a 30-day standstill of the litigation for settlement discussions. The events recited above fall within the 30-day window for those discussions. The undersigned Counsel is proceeding by motion

because he has been unable to contact Elster's local counsel to agree to a stipulation, and without an extension Landis's reply to Elster's Counterclaim is due today.

Therefore, Landis requests that the Court enter the revised schedule as set forth above.

Dated: June 13, 2006

Respectfully submitted,

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ James D. Heisman
Rudolf E. Hutz (#484)
N. Richard Powers (#494)
James D. Heisman (#2746)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
nrp@cblhlaw.com
*Attorneys for Plaintiff*

SO ORDERED this _____ day of _____, 2006.

_____
Kent A. Jordan
United States District Court Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR, | : |
|       Plaintiff, | : |
| v. | :   C.A. No. 06-82-KAJ |
| ELSTER ELECTRICITY LLC, | : |
|       Defendant. | : |

### STATEMENT REQUIRED BY LOCAL RULE 7.1.1

Counsel for Landis has attempted to contact counsel for Elster regarding the relief sought in the motion, but has not been able to reach anyone connected with the litigation to proceed by stipulation. Accordingly Landis is proceeding by motion.

Dated: June 13, 2006

                                    Respectfully submitted,

                                    CONNOLLY BOVE LODGE & HUTZ LLP

                                    */s/ James D. Heisman*
                                    Rudolf E. Hutz (#484)
                                    N. Richard Powers (#494)
                                    James D. Heisman (#2746)
                                    1007 North Orange Street
                                    P.O. Box 2207
                                    Wilmington, DE 19899-2207
                                    (302) 658-9141
                                    nrp@cblhlaw.com
                                      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2006 I electronically filed a copy of the foregoing with the Clerk of the Court using CM/ECF and served the following individuals in the manner indicated:

**VIA ELECTRONIC MAIL AND HAND DELIVERY**
Julia Heaney
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 N. Market Street
Wilmington, DE 19801

/s/ James D. Heisman
James D. Heisman (#2746)