IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-82-KAJ |
| | : | |
| ELSTER ELECTRICITY LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for completing certain activities is extended as follows:

1. The date for Landis to reply, move or otherwise respond to defendant Elster Elecricity LLC.'s ("Elster") Counterclaim is extended from August 9, 2006 to August 16, 2006;

2. The date for Rule 26 Initial Disclosures is extended from August 11, 2006 to August 18, 2006;

3. The date for submitting a protective order to the Court is extended from August 14, 2006 to August 21, 2006;

4. The date for Elster to file its Amended Answer is extended from August 23, 2006 to August 30, 2006.

The other dates in the Scheduling Order remain in place.

480713v1

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/  N. Richard Powers*  <br>Rudolf E. Hutz (#484)  <br>N. Richard Powers (#494)  <br>James D. Heisman (#2746)  <br>1007 North Orange Street  <br>P.O. Box 2207  <br>Wilmington, DE 19899-2207  <br>(302) 658-9141  <br>nrp@cblhlaw.com  <br>  *Attorneys for Plaintiff* | */s/ Julia Heaney*  <br>Julia Heaney (#3052)  <br>1201 N. Market Street  <br>P.O. Box 1347  <br>Wilmington, DE 19899-1347  <br>(302) 658-9200  <br>jheaney@mnat.com  <br>  *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

480713v1