IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-82-KAJ |
| | : | |
| ELSTER ELECTRICITY LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for completing certain activities is extended as follows:

1. The date for Landis to reply, move or otherwise respond to defendant Elster Elecricity LLC.'s ("Elster") Counterclaim is extended from August 30, 2006 to September 6, 2006;

2. The date for Rule 26 Initial Disclosures is extended from September 1, 2006 to September 8, 2006;

3. The date for submitting a protective order to the Court is extended from September 5, 2006 to September 12, 2006;

4. The date for Elster to file its Amended Answer is extended from September 13, 2006 to September 20, 2006;

5. The date for any motion to join other parties is extended from September 7, 2006 to September 14, 2006.

The other dates in the Scheduling Order remain in place.

484882v1

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/   N. Richard Powers* | */s/ Julia Heaney* |
| Rudolf E. Hutz (#484) | Julia Heaney (#3052) |
| N. Richard Powers (#494) | 1201 N. Market Street |
| James D. Heisman (#2746) | P.O. Box 1347 |
| 1007 North Orange Street | Wilmington, DE  19899-1347 |
| P.O. Box 2207 | (302) 658-9200 |
| Wilmington, DE 19899-2207 | jheaney@mnat.com |
| (302) 658-9141 | *Attorneys for Defendant* |
| nrp@cblhlaw.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

484882v1