IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-82-KAJ |
| | : | |
| ELSTER ELECTRICITY LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED by the parties, subject to approval by the Court, that the time for completing certain activities is extended as follows:

1. The date for Landis to reply, move or otherwise respond to defendant Elster Elecricity LLC.'s ("Elster") Counterclaim is extended from September 13, 2006 to September 27, 2006;

2. The date for Rule 26 Initial Disclosures is extended from September 15, 2006 to September 29, 2006;

3. The date for submitting a protective order to the Court is extended from September 19, 2006 to October 3, 2006;

4. The date for Elster to file its Amended Answer is extended from September 27, 2006 to October 11, 2006;

5. The date for any motion to join other parties is extended from September 21, 2006 to October 5, 2006.

The other dates in the Scheduling Order remain in place.

487407v1

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/  N. Richard Powers* <br> Rudolf E. Hutz (#484) <br> N. Richard Powers (#494) <br> James D. Heisman (#2746) <br> 1007 North Orange Street <br> P.O. Box 2207 <br> Wilmington, DE 19899-2207 <br> (302) 658-9141 <br> nrp@cblhlaw.com <br>   *Attorneys for Plaintiff* | */s/ Julia Heaney* <br> Julia Heaney (#3052) <br> 1201 N. Market Street <br> P.O. Box 1347 <br> Wilmington, DE  19899-1347 <br> (302) 658-9200 <br> jheaney@mnat.com <br>   *Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

487407v1