IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civil Action No. 06-82-KAJ ) |
| ELSTER ELECTRICITY LLC, | ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington this **14th** day of **September, 2006**,

IT IS ORDERED that a teleconference has been scheduled for **September 18, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Plaintiff shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE