IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANDIS+GYR INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-82-KAJ ) |
| ELSTER ELECTRICITY LLC, | ) ) |
| Defendant. | ) ) |

### ORDER

At Wilmington, this 21st day of September, 2006,

IT IS HEREBY ORDERED that the tutorial hearing scheduled for October 13, 2006, at 2:00 p.m. is VACATED.

_____
UNITED STATES DISTRICT JUDGE