IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-82-KAJ |
| | : | |
| ELSTER ELECTRICITY LLC, | : | |
| | : | |
| Defendant. | : | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, pursuant to a Settlement Agreement, have reached an agreement as to all matters raised in this action. Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff, Landis+Gyr Inc., and Defendant Elster Electricity, LLC, and through their respective counsel, that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

| CONNOLLY BOVE LODGE & HUTZ LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ N. Richard Powers | /s/ Julia Heaney |
| Rudolf E. Hutz (#484) | Julia Heaney (#3052) |
| N. Richard Powers (#494) | 1201 N. Market Street |
| James D. Heisman (#2746) | P.O. Box 1347 |
| 1007 North Orange Street | Wilmington, DE 19899-1347 |
| P.O. Box 2207 | (302) 658-9200 |
| Wilmington, DE 19899-2207 | jheaney@mnat.com |
| (302) 658-9141 | *Attorneys for Defendant* |
| nrp@cblhlaw.com | |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2006.

_____
United States District Court Judge

489766v1