AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____Delaware_____ on the following  X Patents or  ☐ Trademarks:

| DOCKET NO.<br>CA 06-82 KAJ | DATE FILED<br>4/28/06 | U.S. DISTRICT COURT<br>DISTRICT OF DELAWARE |
|---|---|---|
| PLAINTIFF<br>Landis+GYR | | DEFENDANT<br>Elster Electricity LLC |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,112,158 | 8/29/00 | Siemens Power Transmission & Distribution LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT
Action was originally filed as a Breach of Contract action on 2/6/06. An Amended Complaint alleging patent infringement was filed on 4/28/06. No report was sent to the Patent Office by the District Court Clerk. A stipulation of Dismissal was granted on 9/27/06. This is a final report.

| CLERK<br>PETER T. DALLEO, CLERK OF COURT | (BY) DEPUTY CLERK<br>*[signature]* Deputy Clerk | DATE<br>9/27/06 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| LANDIS+GYR, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 06-82-KAJ |
| ELSTER ELECTRICITY LLC, | : | |
| Defendant. | : | |

### STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The parties, pursuant to a Settlement Agreement, have reached an agreement as to all matters raised in this action. Accordingly, IT IS HEREBY STIPULATED by and between Plaintiff, Landis+Gyr Inc., and Defendant Elster Electricity, LLC, and through their respective counsel, that this action be dismissed with prejudice in its entirety pursuant to Rule 41(a)(1)(ii) and (c) of the Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

CONNOLLY BOVE LODGE & HUTZ LLP        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ N. Richard Powers
Rudolf E. Hutz (#484)
N. Richard Powers (#494)
James D. Heisman (#2746)
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899-2207
(302) 658-9141
nrp@cblhlaw.com
  *Attorneys for Plaintiff*

/s/ Julia Heaney
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Defendant*

SO ORDERED this 27th day of Sept., 2006.

_____
United States District Court Judge

489766v1